FERMAN W. SIMS, ESQ.
(CSB #038696)
519 "H" STREET
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax:(707) 465-4454

Attorney for: Defendant BEATRICE VIEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br>    Plaintiff<br><br>vs<br><br>BEATRICE VIEN<br>    Defendant. | CASE NO. C 06-01258 MHP<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO THE COMPLAINT |

    Plaintiff JEFF HOHLBEIN and Defendant BEATRICE VIEN, dab THAI HOUSE RESTAURANT, by and through their respective attorneys hereby agree and stipulate that defendants have through and including April 21, 2006, to file their Answer or Responsive pleadings to said Complaint.

    Said time to respond will not alter the date of any event or any deadline already fixed by the Court.

    Plaintiff's attorney will file the Stipulation with the Court and provide defendant's attorney with a conformed copy once received from the Court.

Dated: March 17, 2006

                                               FERMAN W. SIMS, ESQ.
                                               Attorney for Defendant

1
2   Dated:  March 17, 2006                                    SINGLETON LAW GROUP
3
4                                                             JASON K. SINGLETON,
                                                              Attorney for Plaintiff
5



-2-
Stipulation for Extension of Time to Answer or Respond to the Complaint