1

**Jason K. Singleton, State Bar #166170**
**Richard E. Grabowski, State Bar # 236207**
**SINGLETON LAW GROUP**

2

**611 "L" Street, Suite A**

3

**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

4

5

**(707) 441-1177**
**FAX 441-1533**

6

7

**Attorney for Plaintiff, JEFF HOHLBEIN**

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**JEFF HOHLBEIN,**                              ) **Case No. C-06-1258 MHP**
                                               )
11                                             )
        **Plaintiff,**                          ) **STIPULATION OF DISMISSAL WITH**
                                               ) **PREJUDICE AND [proposed] ORDER**
12  **v.**                                      )
                                               )
13  **BEATRICE VIEN, dba THAI HOUSE**           )
    **RESTAURANT, and DOES ONE to FIFTY,**      )
14  **inclusive,**                              )
                                               )
15                                             )
        **Defendants.**                         )
                                               )
16  _____        )

17

        Plaintiff JEFF HOHLBEIN and Defendant BEATRICE VIEN, dba THAI HOUSE

18  RESTAURANT (collectively "the Parties"), by and through their respective attorneys of record,

19  hereby stipulate as follows:

20      1.      The Parties have entered into a Confidential Settlement Agreement and General

21  Release in this matter whereby they have resolved all claims and agreed to the dismissal of

22  the above-captioned action with prejudice, each party to bear their own attorney fees and

23  costs.

24  ///

25  ///

26  ///

27  ///

28

STIPULATION OF DISMISSAL & ORDER            1                        C-06-1258 MHP

1        2.      Accordingly, the Parties jointly request the Court to dismiss this action with

2   prejudice.

3                                            **SINGLETON LAW GROUP**

4   Dated:        April 19, 2007            /s/ Jason K. Singleton
                                            Jason K. Singleton, Attorney for
5                                           Plaintiff, **JEFF HOHLBEIN**

6

7                                            **LAW OFFICE OF FERMAN W. SIMS**

8

9   Dated:        April 19, 2007            /s/ Ferman W. Sims
                                            Ferman W. Sims, Attorney for
10                                          Defendant Beatrice Vien, dba Thai House

11

12

13                       **ORDER OF DISMISSAL WITH PREJUDICE**

14

15        Having considered the parties' Stipulation of Dismissal with Prejudice and for good

16  cause appearing, it is hereby ORDERED:

17        1.      The action <u>HOHLBEIN v VIEN, dba THAI HOUSE RESTAURANT, et al.</u>, Case

18  Number C 06-1258 MHP, is dismissed with prejudice with each party to bear his or her own

19  attorneys fees and costs.

20

21  Dated:  April 24, 2007

22  MARILYN ... IT IS SO ORDERED
    UNITED ...

23                                     Judge Marilyn H. Patel

24

25

26

27

28

STIPULATION OF DISMISSAL & ORDER          2                    C-06-1258 MHP